# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RGOI ASC LTD. d/b/a RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER and MONROE COUNTY HEALTH CARE AUTHORITY d/b/a MONROE COUNTY HOSPITAL,<br><br>*Plaintiffs*, Individually and as Members of Classes,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, GE HEALTHCARE INC., a subsidiary of GENERAL ELECTRIC COMPANY; and DATEX-OHMEDA, INC., a subsidiary of GENERAL ELECTRIC COMPANY,<br><br>*Defendants*. | Civil Action No. 18-cv-12624-RGS<br><br>Hon. Richard G. Stearns |

## JOINT STIPULATION AND [PROPOSED] ORDER
## FOR VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs RGOI ASC, LTD. d/b/a Rio Grande Orthopedic Institute Ambulatory Surgery Center, and Monroe County Health Care Authority d/b/a Monroe County Hospital, and defendants General Electric Company, GE Healthcare, and Datex-Ohmeda, Inc. d/b/a GE Medical Systems (collectively, the "Parties"), through their undersigned counsel, that in consideration of the Parties' confidential agreement dated January 14, 2020 (the "Agreement"), this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All Parties agree to bear their own fees and costs and waive any right to seek fees and costs from other Parties, subject to the terms of the Agreement.

The Court shall retain jurisdiction over the Parties and this action to the extent necessary to enforce the terms of the Agreement.

**IT IS SO STIPULATED**
Dated: January 15, 2020

By: */s/ Patrick J. Sheehan*
Patrick J. Sheehan (BBO #639320)
WHATLEY KALLAS, LLP
60 State Street, 7th Floor
Boston, MA 02109
Telephone: (617) 573-5118
Facsimile: (617) 371-2950
Email: psheehan@whatleykallas.com

*Attorneys for Plaintiff RGOI ASC, LTD. d/b/a Rio Grande Orthopedic Institute Ambulatory Surgery Center*

By: */s/ Gregory S. Asciolla*
Gregory S. Asciolla (*admitted phv*)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: gasicolla@labaton.com

*Attorneys for Plaintiff Monroe County Health Care Authority d/b/a Monroe County Hospital*

By: */s/ Alfred C. Pfeiffer, Jr.*
Alfred C. Pfeiffer, Jr. (*admitted phv*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Al.Pfeiffer@lw.com

*Attorneys for Defendants General Electric Company, GE Healthcare Inc., and Datex-Ohmeda, Inc. d/b/a GE Medical Systems*

**SO ORDERED:**

_____
Hon. Richard G. Stearns
United States District Court Judge